IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 5:13-CR-68 (MTT) |
| ) | |
| STEVEN A. MURRAY and BIO-TECH ) | |
| MANAGEMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This case is set for trial beginning March 10, 2014.  The Court sets the following deadlines:

1. Counsel shall file their proposed voir dire questions not later than **TEN** days prior to the first day of the trial term.  Objections to proposed voir dire questions should be filed not later than **FIVE** days prior to the first day of the trial term.  The Court will rule on the proposed voir dire questions prior to the commencement of the voir dire examination.  Failure to timely file proposed voir dire questions may result in waiver of any voir dire.

2. Copies of juror questionnaires are available in the Clerk's Office.  It is the responsibility of each attorney to review these questionnaires prior to trial.  Voir dire questions may not repeat material contained in the questionnaires.

3. Counsel shall file their requests to charge and a proposed verdict form not later than **TEN** days prior to the first day of the trial term.  Failure to timely file requests to charge may result in waiver of the right to request any instructions.  Supplemental requests for jury instructions may be filed during trial with respect to any issues not reasonably foreseeable prior to trial.

4. Counsel for the government and the defendant(s) are each required to email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Teri_Hatcher@gamd.uscourts.gov no later than **NOON the FRIDAY** before the first day of the trial term.

   **SO ORDERED**, this the 14th day of February, 2014.

                              S/ Marc T. Treadwell
                              MARC T. TREADWELL, JUDGE
                              UNITED STATES DISTRICT COURT