IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CRIM NO. 5:13-CR-68-MTT |
| | ) |
| STEVEN A. MURRAY AND | ) |
| BIOTECH MANAGEMENT, INC. | ) |
| DBA BIO-TECH SYSTEMS | ) |
| | ) |
| DEFENDANT. | ) |

## DEFENDANTS' PROPOSED VERDICT FORM

We the jury find as follows:

**A.   Steven A. Murray**

*(The Conspiracy Count)*

Count One        _____ Not Guilty        _____ Guilty as to false statement/obstruction being the object of the offense.

_____ Guilty as to application of pesticide in manner inconsistent with its label being the object of the offense.[1]

*(Counts Two-Twelve Allege False Statement to Federal Agency)*

Count Two:        _____ Not Guilty        _____ Guilty

---

[1] The final paragraph of 18 U.S.C. §371 states that if the object offense is a "misdemeanor only," then the conspiracy is also a misdemeanor. (This footnote is provided for the information of the Court and opposing counsel, and the Defendants do not request the inclusion of the footnote.)

DOCSBHM\1988292\1

| | | |
|---|---|---|
| Count Three: | _____ Not Guilty | _____ Guilty |
| Count Four: | _____ Not Guilty | _____ Guilty |
| Count Five: | _____ Not Guilty | _____ Guilty |
| Count Six: | _____ Not Guilty | _____ Guilty |
| Count Seven: | _____ Not Guilty | _____ Guilty |
| Count Eight: | _____ Not Guilty | _____ Guilty |
| Count Nine: | _____ Not Guilty | _____ Guilty |
| Count Ten: | _____ Not Guilty | _____ Guilty |
| Count Eleven: | _____ Not Guilty | _____ Guilty |
| Count Twelve: | _____ Not Guilty | _____ Guilty |

*(Counts Thirteen – Thirty-Two Allege Obstruction of Investigation/Federal Agency Matter)*

| | | |
|---|---|---|
| Count Thirteen: | _____ Not Guilty | _____ Guilty |
| Count Fourteen: | _____ Not Guilty | _____ Guilty |
| Count Fifteen: | _____ Not Guilty | _____ Guilty |
| Count Sixteen: | _____ Not Guilty | _____ Guilty |
| Count Seventeen: | _____ Not Guilty | _____ Guilty |
| Count Eighteen: | _____ Not Guilty | _____ Guilty |
| Count Nineteen: | _____ Not Guilty | _____ Guilty |
| Count Twenty: | _____ Not Guilty | _____ Guilty |
| Count Twenty-One: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Two: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Three: | _____ Not Guilty | _____ Guilty |

Count Twenty-Four:        _____ Not Guilty        _____ Guilty

Count Twenty-Five:        _____ Not Guilty        _____ Guilty

Count Twenty-Six:         _____ Not Guilty        _____ Guilty

Count Twenty-Seven:       _____ Not Guilty        _____ Guilty

Count Twenty-Eight:       _____ Not Guilty        _____ Guilty

Count Twenty-Nine:        _____ Not Guilty        _____ Guilty

Count Thirty:             _____ Not Guilty        _____ Guilty

Count Thirty-One:         _____ Not Guilty        _____ Guilty

Count Thirty-Two:         _____ Not Guilty        _____ Guilty

*(Counts Thirty-Three – Forty-Two Allege Mail Fraud)*

Count Thirty-Three:       _____ Not Guilty        _____ Guilty

Count Thirty-Four:        _____ Not Guilty        _____ Guilty

Count Thirty-Five:        _____ Not Guilty        _____ Guilty

Count Thirty-Six:         _____ Not Guilty        _____ Guilty

Count Thirty-Seven:       _____ Not Guilty        _____ Guilty

Count Thirty-Eight:       _____ Not Guilty        _____ Guilty

Count Thirty-Nine:        _____ Not Guilty        _____ Guilty

Count Forty:              _____ Not Guilty        _____ Guilty

Count Forty-One:          _____ Not Guilty        _____ Guilty

Count Forty-Two:          _____ Not Guilty        _____ Guilty

*(Counts Forty-Three – Fifty-Two allege Misapplication of Pesticide)*

Count Forty-Three:        _____ Not Guilty        _____ Guilty

Count Forty-Four:         _____ Not Guilty        _____ Guilty

| | | |
|---|---|---|
| Count Forty-Five: | _____ Not Guilty | _____ Guilty |
| Count Forty-Six: | _____ Not Guilty | _____ Guilty |
| Count Forty-Seven: | _____ Not Guilty | _____ Guilty |
| Count Forty-Eight: | _____ Not Guilty | _____ Guilty |
| Count Forty-Nine: | _____ Not Guilty | _____ Guilty |
| Count Fifty: | _____ Not Guilty | _____ Guilty |
| Count Fifty-One: | _____ Not Guilty | _____ Guilty |
| Count Fifty-Two: | _____ Not Guilty | _____ Guilty |

**B.   Bio-Tech Management, Inc.**

*(The Conspiracy Count)*

| | | |
|---|---|---|
| Count One | _____ Not Guilty | _____ Guilty as to false statement/obstruction being the object of the offense. |
| | | _____ Guilty as to application of pesticide in manner inconsistent with its label being the object of the offense. |

*(Counts Two-Twelve Allege False Statement to Federal Agency)*

| | | |
|---|---|---|
| Count Two: | _____ Not Guilty | _____ Guilty |
| Count Three: | _____ Not Guilty | _____ Guilty |
| Count Four: | _____ Not Guilty | _____ Guilty |
| Count Five: | _____ Not Guilty | _____ Guilty |

4

| | | |
|---|---|---|
| Count Six: | _____ Not Guilty | _____ Guilty |
| Count Seven: | _____ Not Guilty | _____ Guilty |
| Count Eight: | _____ Not Guilty | _____ Guilty |
| Count Nine: | _____ Not Guilty | _____ Guilty |
| Count Ten: | _____ Not Guilty | _____ Guilty |
| Count Eleven: | _____ Not Guilty | _____ Guilty |
| Count Twelve: | _____ Not Guilty | _____ Guilty |

*(Counts Thirteen – Thirty-Two Allege Obstruction of Investigation/Federal Agency Matter)*

| | | |
|---|---|---|
| Count Thirteen: | _____ Not Guilty | _____ Guilty |
| Count Fourteen: | _____ Not Guilty | _____ Guilty |
| Count Fifteen: | _____ Not Guilty | _____ Guilty |
| Count Sixteen: | _____ Not Guilty | _____ Guilty |
| Count Seventeen: | _____ Not Guilty | _____ Guilty |
| Count Eighteen: | _____ Not Guilty | _____ Guilty |
| Count Nineteen: | _____ Not Guilty | _____ Guilty |
| Count Twenty: | _____ Not Guilty | _____ Guilty |
| Count Twenty-One: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Two: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Three: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Four: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Five: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Six: | _____ Not Guilty | _____ Guilty |

DOCSBHM\1988292\1

| | | |
|---|---|---|
| Count Twenty-Seven: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Eight: | _____ Not Guilty | _____ Guilty |
| Count Twenty-Nine: | _____ Not Guilty | _____ Guilty |
| Count Thirty: | _____ Not Guilty | _____ Guilty |
| Count Thirty-One: | _____ Not Guilty | _____ Guilty |
| Count Thirty-Two: | _____ Not Guilty | _____ Guilty |

*(Counts Thirty-Three – Forty-Two Allege Mail Fraud)*

| | | |
|---|---|---|
| Count Thirty-Three: | _____ Not Guilty | _____ Guilty |
| Count Thirty-Four: | _____ Not Guilty | _____ Guilty |
| Count Thirty-Five: | _____ Not Guilty | _____ Guilty |
| Count Thirty-Six: | _____ Not Guilty | _____ Guilty |
| Count Thirty-Seven: | _____ Not Guilty | _____ Guilty |
| Count Thirty-Eight: | _____ Not Guilty | _____ Guilty |
| Count Thirty-Nine: | _____ Not Guilty | _____ Guilty |
| Count Forty: | _____ Not Guilty | _____ Guilty |
| Count Forty-One: | _____ Not Guilty | _____ Guilty |
| Count Forty-Two: | _____ Not Guilty | _____ Guilty |

*(Counts Forty-Three – Fifty-Two allege Misapplication of Pesticide)*

| | | |
|---|---|---|
| Count Forty-Three: | _____ Not Guilty | _____ Guilty |
| Count Forty-Four: | _____ Not Guilty | _____ Guilty |
| Count Forty-Five: | _____ Not Guilty | _____ Guilty |
| Count Forty-Six: | _____ Not Guilty | _____ Guilty |
| Count Forty-Seven: | _____ Not Guilty | _____ Guilty |

6

| | | |
|---|---|---|
| Count Forty-Eight: | _____ Not Guilty | _____ Guilty |
| Count Forty-Nine: | _____ Not Guilty | _____ Guilty |
| Count Fifty: | _____ Not Guilty | _____ Guilty |
| Count Fifty-One: | _____ Not Guilty | _____ Guilty |
| Count Fifty-Two: | _____ Not Guilty | _____ Guilty |

_____
Foreperson

DOCSBHM\1988292\1