IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v : | **CASE NUMBER:** |
| : | **5:13-CR-68** |
| **BIO TECH MANAGEMENT, INC.,** : | |
| : | |
| **Defendant** : | |
| : | |

## ORDER

After consideration of the Petition by the United States of America and the statements of fact contained therein, in accordance with the authority of Title 18, United States Code, Section 3573,

IT IS HEREBY ORDERED, that all of the unpaid portion of the fine and assessment imposed against Defendant, including interest or penalties, if any, is hereby REMITTED.

**SO ORDERED**, this 25th day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Prepared by:
Michael P. Morrill
Assistant United States Attorney